**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

David B. Allen

        Plaintiff

   V.

Capital Management Services, LP

        Defendant

CIVIL ACTION

NO. 13cv11199-WGY

**ORDER OF DISMISSAL**

YOUNG DJ

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on July 2, 2014, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

September 3, 2014

/s/Matthew A. Paine

Date

Deputy Clerk